

# IN THE
# TENTH COURT OF APPEALS

No. 10-16-00297-CR
No. 10-16-00308-CR

**ALVIN BERLIN HILL,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 272nd District Court**
**Brazos County, Texas**
**Trial Court Nos. 15-02833-CRF-272 and 15-02834-CRF-272**

## MEMORANDUM OPINION

Appellant Alvin Berlin Hill has filed a motion to dismiss in appellate court cause number 10-16-00308-CR. *See* TEX. R. APP. P. 42.2(a). The substance of the motion shows that Hill is requesting the dismissal of the appeal from the judgments in both trial court cause numbers 15-02833-CRF-272 and 15-02834-CRF-272. Appellate court cause number 10-16-00297-CR is the appeal from the judgment in trial court cause number 15-02833-CRF-272; appellate court cause number 10-16-00308-CR is the appeal from the judgment

in trial court cause number 15-02834-CRF-272. We therefore construe the motion as a motion to dismiss the appeals in both appellate court cause numbers 10-16-00297-CR and 10-16-00308-CR. *See Ex parte Caldwell*, 58 S.W.3d 127, 130 (Tex. Crim. App. 2000) ("[I]t is the substance of the motion that governs, not the title."). We have not issued decisions in these appeals, and Hill personally signed the motion to dismiss. The motion is granted, and these appeals are dismissed.


REX D. DAVIS
Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Appeals dismissed
Opinion delivered and filed October 5, 2016
Do not publish
[CR25]

